FILED IN OPEN COURT
ON 5/20/15
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-37

| | |
|---|---|
| IN RE: | : |
| | : |
| THIRTY-EIGHT COUNT INDICTMENT  PRESENTED ON MAY 19, 2015 | : ORDER TO SEAL INDICTMENT |
| | : |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on May 19, 2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing the arrest warrant for the defendants and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 20th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE