IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No: 4:15-CR-37-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHERRY D. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to obtain a copy of her plea agreement. [DE-100]. Counsel for Defendant has informed the court that he will provide a copy of the requested document to his client in conformity with the policy of the Bureau of Prisons, which protects sensitive information from potential misuse by other inmates. Accordingly, the motion is denied as moot.

SO ORDERED, this 7 day of November 2018.

Robert B. Jones, Jr.
United States Magistrate Judge