IN HE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No: 4:15-CR-37-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SHERRY D. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the court on Defendant's motion advising the court that she has not received a copy of her plea agreement as of December 4, 2018. [DE-102]. Counsel for Defendant previously informed the court that he would provide a copy of the requested document to his client [DE-101], and counsel responded to the motion that the plea agreement was mailed to Defendant on December 12, 2018 [DE-103]. Accordingly, the motion is denied as moot.

SO ORDERED, this **19** day of December 2018.

Robert B. Jones, Jr.
United States Magistrate Judge